# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 15, 2012

No. 11-30834

Lyle W. Cayce
Clerk

ERIC VINCENT OWENS,

>                        Plaintiff - Appellee Cross-Appellant

v.

ABDON CALLAIS OFFSHORE, L.L.C.,

>                        Defendant - Appellant Cross-Appellee

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-3296

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal based on the briefs and pertinent portions of the record and having done so, AFFIRMS based on the opinion of this district court.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.